UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 12 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NOVALPINA CAPITAL PARTNERS I GP S.A.R.L,<br><br>        Petitioner - Appellee,<br><br>and<br><br>TREO ASSET MANAGEMENT, LLC AND TREO NOAL GP,<br><br>        Intervenor - Appellant,<br><br> v.<br><br>TOBIAS READ and MICHAEL LANGDON,<br><br>        Respondents - Appellees. | No. 24-4835<br><br>D.C. No. 3:23-mc-00082-IM<br>District of Oregon, Portland<br><br>ORDER |

Before: SCHROEDER and M. SMITH, Circuit Judges.

The request for a temporary stay (Docket Entry No. 7) is granted. *See Doe #1 v. Trump*, 944 F.3d 1222, 1223 (9th Cir. 2019). The district court's July 30, 2024 order is temporarily stayed pending resolution of the motion for a stay pending appeal.

The response to the motion remains due August 19, 2024. The reply in support of the motion remains due within 7 days after the response is filed. *See* Fed. R. App. P. 27.