|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JAN 28 2025 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| NOVALPINA CAPITAL PARTNERS I GP S.A.R.L, <br><br>    Petitioner - Appellee, <br><br>and <br><br>TREO ASSET MANAGEMENT, LLC AND TREO NOAL GP, <br><br>    Intervenor - Appellant, <br><br> v. <br><br>TOBIAS READ and MICHAEL LANGDON, <br><br>    Respondents - Appellees. | No. 24-4835 <br><br> D.C. No. 3:23-mc-00082-IM District of Oregon, Portland <br><br> ORDER |

  The answering brief submitted by Appellee Novalpina Capital Partners I Gp S.A.R.L is filed.

  Within 7 days of this order, Appellee Novalpina Capital Partners I Gp S.A.R.L must file 6 copies of the brief in paper format bound with red front cover pages. Each copy must include certification at the end that the copy is identical to the electronic version. The Form 18 certificate is available on the Court's website,

at http://www.ca9.uscourts.gov/forms.

The existing briefing schedule remains in effect.

The paper copies must be sent to the Clerk's principal office. The delivery and overnight mailing address is 95 Seventh Street, San Francisco, CA 94103. The regular U.S. mailing address is P.O. Box 193939, San Francisco, CA 94119-3939.

> FOR THE COURT:
>
> MOLLY C. DWYER
> CLERK OF COURT